UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HAROLD HEBERT, III** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 10-4280** |
| | * | |
| **RENTROP TUGS, INC.** | * | **SECTION "B"(3)** |

### JUDGMENT

Considering the Joint Motion to Dismiss (Rec. Doc. No. 30),

**IT IS ORDERED, ADJUDGED AND DECREED** that the Complaint, along with supplemental and amending Complaints, all claims, any other demands, and interventions filed in the above-entitled and numbered action are hereby **DISMISSED**, **with prejudice**, each party to bear its own respective costs.

New Orleans, Louisiana, this 24TH day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE